RATNER ET AL. *v.* CALIFORNIA.

No. 10. Decided June 12, 1967.

*Richard A. Lavine* for petitioners.

*Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Charles W. Rumph,* Deputy Attorneys General, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment of the Appellate Department of the Superior Court of California, County of San Mateo, is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE, MR. JUSTICE CLARK, and MR. JUSTICE BRENNAN would affirm.

MR. JUSTICE HARLAN adheres to the views expressed in his separate opinions in *Roth* v. *United States,* 354 U. S. 476, 496, and *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455, and on the basis of the reasoning set forth therein would affirm.